FILED

04/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0651

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0651

PETER GRIGG,

      Petitioner and Appellant,

v.

ANDY COILE,

      Respondents and Appellees.

O R D E R

Appellant Peter Grigg, appearing self-represented, filed his opening brief on March 30, 2022. The Court rejected Appellant's opening brief, and Appellant filed an amended opening brief on April 13, 2022. Prior to that filing being brought to the Court's attention, the Court issued an order pointing out that Appellant had not yet submitted his corrected brief and directing him to do so by April 29, 2022, or the case would be dismissed without further notice. That order is hereby RESCINDED.

The Court has reviewed Appellant's amended brief and will accept it for filing with one condition. Montana Rule of Appellate Procedure 10(2) requires a party to serve copies of all papers, including briefs, on all parties "at or before the time of filing." Appellant's amended opening brief contains a certificate of service that lists the original date Appellant filed his opening brief. Although it indicates that he sent the corrected brief to the Clerk of Court on April 11, the certificate of service does not reflect that Appellant served the amended opening brief on opposing counsel. Rule 10(4) permits the clerk to accept papers for filing without a certificate of service but requires the certificate of service to be filed within five business days.

Accordingly,

IT IS HEREBY ORDERED that Appellant shall immediately serve a copy of his amended opening brief upon opposing counsel.

IT IS FURTHER ORDERED that Appellant shall, on or before April 20, 2022, file a revised certificate of service demonstrating compliance with the rules and stating

the date and manner of service upon opposing counsel pursuant to Rule 10(4).

IT IS FURTHER ORDERED, as required by Rule 13(2), that the Appellant must file seven copies of the amended certificate of service with the Clerk of the Supreme Court.

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in Rule 13 shall run from the date of filing of the revised certificate of service.

The Clerk of this Court is directed to mail a true copy of this Order to the Appellant and to all counsel upon whom the brief was served.

2

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
April 13 2022